# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 15-CR-00412-W-DW |
| v. ) | |
| ) | |
| NIKOLAUS STORM WADLOW, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 50), which recommends that Defendant Nikolaus Storm Wadlow's (the "Defendant") Motion to Suppress Evidence (Doc. 25), be denied. Neither party filed an objection to the Report and Recommendation.

After an independent review of the record, the applicable law and the parties' arguments, the Court ADOPTS the Magistrate's Report and Recommendation (Doc. 50). Accordingly, the Court ORDERS that the Magistrate's Report and Recommendation be attached to and made a part of this Order, and DENIES the Defendant's Motion to Suppress Evidence (Doc. 25).

IT IS SO ORDERED.

Date: December 14, 2016  /s/ Dean Whipple
Dean Whipple
United States District Judge